JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Josephloc T. Nguyen**, | Case No. SACV 16-00304 AG (KESx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Jeh Johnson**, Secretary of the Department of Homeland Security (Customs and Border Protection) | |
| Defendant. | |

The Court enters judgment for Defendant and against Plaintiff.

Dated August 31, 2017

Hon. Andrew J. Guilford
United States District Judge